AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>**Oscar Alberto MARTINEZ-Bustos** | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 30, 2026** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. ⊞ |

This criminal complaint is based on these facts:

On or about June 30, 2026 the defendant Oscar Alberto MARTINEZ-Bustos was apprehended near Laredo, Texas. After a brief interview it was determined that, Oscar Alberto MARTINEZ-Bustos was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Oscar Alberto MARTINEZ-Bustos was previously REMOVED from the United States on 12/09/2025 at Del Rio, TX. There is no record that Oscar Alberto MARTINEZ-Bustos has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Juan R. Botello-Jr

*Complainant's signature*

Juan R. Botello-Jr        Border Patrol Agent

*Printed name and title*

Sworn to before me and signed in my presence,

Submitted by reliable electronic means
per Fed.R.Crim.P. 4.1, Juan R Botello
sworn to on July 2, 2026,
at Laredo, Texas.

Diana Song Quiroga

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE