UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:26-MJ-02412 |
| | § | |
| **OSCAR ALBERTO MARTINEZ-BUSTOS** | § | |

MOTION TO DISMISS CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and respectfully moves this Honorable Court to dismiss without prejudice the Criminal Complaint in the above-styled and numbered cause as to Defendant, **OSCAR ALBERTO MARTINEZ-BUSTOS,** in the interest of justice. Assistant United States Attorney has confirmed the above listed defendant has no pending matters before the court and can be released upon the submission and approval of the dismissal.

WHEREFORE and in the interest of justice, the Government requests that the Criminal Complaint be dismissed WITHOUT PREJUDICE.

Respectfully submitted,

AARON F. REITZ
United States Attorney

/s/CHRISTINE A. CORTEZ
Christine A. Cortez
Assistant United States Attorney

CERTIFICATE OF SERVICE

I, CHRISTINE A. CORTEZ, hereby certify that a copy of Government's Motion to Dismiss has been delivered via electronic filing to counsel for Defendant **OSCAR ALBERTO MARTINEZ-BUSTOS**, on this day July 22, 2026.

/s/CHRISTINE A. CORTEZ
Christine A. Cortez
Assistant United States Attorney